Michael W. Flanigan
FLANIGAN & BATAILLE
1007 W. 3rd Ave., Ste. 206
Anchorage, Alaska, 99501
Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail: mflanigan@farnorthlaw.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARTHA KAIAKOKONOK, as personal representative of the ESTATE OF KEVIN KAIAKOKONOK., <br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:13-cv-000139-RRB |

### **STIPULATION FOR DISMISSAL**

The parties, through counsel, notify the court that they stipulate to dismiss the above matter, with each party to bear its own costs and attorney fees.

DATED at this 17th day of March, 2015, at Anchorage, Alaska.

FLANIGAN & BATAILLE
Counsel for Plaintiff

s/ Michael W. Flanigan
ABA# 7710114

KAREN L. LOEFFLER
United States Attorney

s/ E. Bryan Wilson
Assistant U.S. Attorney
Attorney for the United States